# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KELLY HARRINGTON, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00226-LJO-DLB PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>ECF No. 15 |

Plaintiff Marcus R. Williams ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On October 1, 2012, Plaintiff filed a Motion for Preliminary Injunction. ECF No. 9. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 12, 2013, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within fourteen days. ECF No. 15. Plaintiff did not timely file an Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.　The Findings and Recommendations, filed February 12, 2013, is adopted in full; and

2.　Plaintiff's Motion for Preliminary Injunction, filed October 1, 2012, is denied as moot.


IT IS SO ORDERED.

Dated: **April 23, 2013**         **/s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE