# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>                Plaintiff,<br><br>      v.<br><br>KELLY HARRINGTON, et al.,<br><br>                Defendants. | Case No. 1:12-cv-00226-LJO-DLB PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS**<br><br>ECF No. 16 |

Plaintiff Marcus R. Williams ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On February 17, 2012, Plaintiff filed his Complaint. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 12, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within fourteen days. ECF No. 16. Plaintiff filed an Objection to the Findings and Recommendations on April 22, 2013. ECF No. 19.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.        The Findings and Recommendations, filed February 12, 2013, is adopted in full;

1

  2. This action proceeds against Defendants Rios and S. Stewart for excessive force in violation of the Eighth Amendment, Defendants Jayvinder and S. Stewart for deliberate indifference to a serious medical need in violation of the Eighth Amendment, and Defendants Biter, Page, Harrington, and Cabrera for deliberate indifference to conditions of confinement in violation of the Eighth Amendment;

  3. All other claims are dismissed for failure to state a claim upon which relief may be granted; and

  4. Defendants T. Arlitz, lieutenant M. Stewart, sergeants D. Steen, W. Epperson, and Crother, correctional officers D. Bradshaw and Clark and appeal coordinator D. Tarnoff are dismissed from the action.

IT IS SO ORDERED.

 Dated: **April 23, 2013**      **/s/ Lawrence J. O'Neill**
                  UNITED STATES DISTRICT JUDGE