IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCUS WILLIAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**K. HARRINGTON, et al. ,**<br><br>Defendants. | Case No. 1:12-cv-00226 LJO DLB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY SCHEDULING ORDER**<br><br>(ECF No. 39.) |

Defendants' request for an extension of time to file a motion for summary judgment was considered by this Court. Good cause having been presented to the Court and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants are granted seven (7) days from the date of service of this order in which to file a motion for summary judgment.
IT IS SO ORDERED.

Dated:   **May 16, 2014**            /s/ Dennis L. Beck
                              UNITED STATES MAGISTRATE JUDGE