# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>KELLY HARRINGTON,<br><br>    Defendant._____/ | **Case No.** 1:12-cv-00226-LJO-DLB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE<br><br>(ECF No. 36) |

Plaintiff Marcus R. Williams, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 17, 2012. A scheduling order was filed on October 18, 2014, and this action is currently in the discovery phase. On February 24, 2014, Defendants filed a motion seeking leave to depose Plaintiff by videoconference. (ECF No. 36.) Fed. R. Civ. P. 30(b)(4). Good cause having been shown, Defendants' request is HEREBY GRANTED. Fed. R. Civ. P. 30(b)(4).

IT IS SO ORDERED.

  Dated:   **August 13, 2014**              /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE