# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY HARRINGTON, et al.,<br><br>    Defendants. | Case No.  1:12-cv-00226 LJO DLB PC<br><br>ORDER STAYING MOTION FOR SUMMARY JUDGMENT<br>[ECF No. 42]<br><br>ORDER DIRECTING PARTIES TO FILE STATUS REPORT<br>[21-DAY DEADLINE]<br><br>ORDER DISMISSING MOTION FOR SCHEDULING ORDER AND MOTION FOR STATUS CONFERENCE<br>[ECF Nos. 55, 57] |

Plaintiff Marcus R. Williams is a prisoner proceeding pro se and in forma pauperis in this civil rights action.

Plaintiff is proceeding on his Complaint filed February 17, 2012.  The Court screened the Complaint and found that it stated a cognizable claim for relief under 42 U.S.C. § 1983 against Defendants S. Rios and S. Steward for excessive force in violation of the Eighth Amendment, Defendants D. Jayvinder and M. Stewart[1] for deliberate indifference to a serious medical need in violation of the Eighth Amendment, and Defendants M.D. Biter, D. Page, Kelly Harrington, and M. Cabrera for deliberate indifference to conditions of confinement in violation of the Eighth

---

[1] On August 15, 2014, the Court clarified that Defendant "M. Stewart," not "S. Stewart," was the proper defendant for the Eighth Amendment medical care claim.  Thus, the Court directed the U.S. Marshal Service to serve Defendant M. Stewart.

1

Amendment. The summons and complaint were thereafter served on Defendants. On October 16, 2013, Defendants Biter, Carrera, Harrington, Page, Rios, and S. Stewart filed an answer to the Complaint. On October 18, 2013, a discovery and scheduling order was issued. The discovery cut-off date was set for March 17, 2014, and the dispositive motion deadline was set for May 16, 2014.

On March 13, 2014, Plaintiff served a request for an extension of time regarding discovery deadlines. On May 15, 2014, Defendants requested an extension of 7 days time to file a dispositive motion. On May 16, 2014, the Court granted Defendants' request for 7 additional days. On May 19, 2014, Plaintiff filed a second motion for thirty day extension of time to enlarge discovery deadlines. On May 22, 2014, Defendants filed a motion for summary judgment. On May 27, 2014, the Court granted Plaintiff's May 19, 2014, motion for extension of time concerning discovery. On June 12, 2014, Plaintiff filed a motion for extension of time to respond to the motion for summary judgment. The Court granted an extension on June 16, 2014. On July 31, 2014, Plaintiff filed a motion for an extension of time to serve discovery requests. Also on July 31, 2014, Plaintiff filed a motion to compel responses to his First Request for Production of Documents, Interrogatories, and Request for Admissions. On August 11, 2014, the Court granted Plaintiff's March 13, 2014, and July 31, 2014, motions for extensions of time concerning discovery. On August 15, 2014, the Court clarified its order regarding service and directed Plaintiff to complete and submit service documents for Defendant M. Stewart. On August 26, 2014, the Court directed the U.S. Marshal to serve Defendant M. Stewart. The waiver of service was returned executed on September 26, 2014. On September 22, 2014, Plaintiff filed a motion for a scheduling order setting new discovery and dispositive deadlines. On October 17, 2014, Plaintff filed a motion for a status conference.

1. <u>Motion for Summary Judgment</u>

Pending before the Court is Defendants' motion for summary judgment of May 22, 2014. In light of the outstanding discovery issues, and the recent service of Defendant M. Stewart, Defendants' motion for summary judgment will be stayed. Once discovery is completed, Defendants will be given an opportunity to supplement the motion, and Plaintiff will be granted

an opportunity to oppose.

2. <u>Outstanding Discovery Requests</u>

The Court was inadvertently not clear concerning the discovery deadlines in this case. Requests for additional time were granted, but deadlines were not made clear. Based on Plaintiff's motion to compel, it appears there may be a discovery dispute. Defendants did not file an opposition to the motion, so the status of discovery is presently uncertain. Accordingly, the parties will be directed to file a status report within twenty-one (21) days informing the Court if discovery has been completed or whether more discovery is necessary, and whether there are any existing discovery disputes.

3. <u>Motion for Scheduling Order and Motion for Status Conference</u>

In light of the foregoing, Plaintiff's motions will be dismissed. The Court will address further deadlines pending the status of discovery.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Defendants' Motion for Summary Judgment is STAYED;

2) The parties are DIRECTED to submit a status report concerning discovery within twenty-one (21) days of the date of service of this Order; and

3) Plaintiff's motions for new scheduling order and status conference are DENIED

IT IS SO ORDERED.

Dated:   **October 23, 2014**                    /s/ *Dennis L. Beck*
                                               UNITED STATES MAGISTRATE JUDGE

.