# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>      Plaintiff,<br><br>  v.<br><br>KELLY HARRINGTON, et al.,<br><br>      Defendants. | Case No. 1:12-cv-00226 LJO DLB PC<br><br>ORDER DIRECTING DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FOLLOW A COURT ORDER<br>[ECF No. 58]<br><br>**FOURTEEN-DAY DEADLINE** |

      Plaintiff Marcus R. Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed on February 17, 2012.

      On October 24, 2014, the Court issued an order staying Defendant's motion for summary judgment in light of outstanding discovery issues. The parties were directed to file a status report concerning the status of discovery within twenty-one (21) days of the date of service of the order. On November 6, 2014, Plaintiff timely filed his status report along with a renewed motion to compel Defendants to comply with his discovery requests. To date, Defendants have failed to file a status report or respond to the Court's order in any manner.

      Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Defendants are ORDERED TO SHOW CAUSE within fourteen (14) days of the date of service of this order why sanctions should not be imposed for failure to follow a court order.

IT IS SO ORDERED.

Dated: **December 25, 2014**                   /s/ *Dennis L. Beck*
                                               UNITED STATES MAGISTRATE JUDGE