1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| MARCUS R. WILLIAMS, | Case No. 1:12-cv-00226 LJO DLB PC |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL AND DIRECTING DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |
| v. | |
| | [ECF No. 65] |
| KELLY HARRINGTON, et al., | |
| Defendants. | |

12

13

14

15

16

17

18      Plaintiff Marcus R. Williams is a prisoner proceeding pro se and in forma pauperis in this

19   civil rights action.

20      On January 20, 2015, the Court issued an order granting Plaintiff's motions to compel

21   and ordering Defendants to respond within thirty days to Plaintiff's first set of discovery requests

22   which were served on March 19, 2014.  On March 6, 2015, Plaintiff filed the instant motion to

23   compel.  Defendants did not file an opposition. The motion to compel is deemed submitted

24   pursuant to Local Rule 230(l).

25      Plaintiff states that Defendants have failed to respond to his first set of discovery requests

26   as ordered by the Court.  Pursuant to Fed. R. Civ. P. 37(b)(2)(A), the failure to comply with an

27   order to provide or permit discovery may be cause for appropriate sanctions.  It appearing that

28   Defendants have failed to abide by the Court's order of January 20, 2015, compelling Defendants

1

1    to respond to Plaintiff's first set of discovery requests served on March 19, 2014, Defendants are

2    hereby ORDERED to SHOW CAUSE why appropriate sanctions should not be imposed.

3

4    IT IS SO ORDERED.

5     Dated:   **April 22, 2015**              /s/ *Dennis L. Beck*

6                                        UNITED STATES MAGISTRATE JUDGE