# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY HARRINGTON, et al.,<br><br>    Defendants. | Case No. 1:12-cv-00226 LJO DLB PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE RE: SANCTIONS<br><br>[ECF No. 67] |

Plaintiff Marcus R. Williams is a prisoner proceeding pro se and in forma pauperis in this civil rights action.

On January 20, 2015, the Court issued an order granting Plaintiff's motions to compel and ordering Defendants to respond within thirty days to Plaintiff's first set of discovery requests which were served on March 19, 2014. On March 6, 2015, Plaintiff filed a motion to compel. Defendants did not file an opposition. Plaintiff stated that Defendants failed to respond to his first set of discovery requests as ordered by the Court. On April 22, 2015, the Court issued an order directing Defendants to show cause why sanctions should not be imposed for failure to comply with a court order.

On July 10, 2015, Defendants filed a response to the order to show cause. Monica N. Anderson, as Counsel for Defendants, filed a declaration stating former Counsel Kelli M.

1  Hammond has been out on extended medical leave.  Ms. Anderson states she is Ms. Hammond's
2  supervisor, and she recently became aware of outstanding discovery issues when reviewing the
3  status of Ms. Hammond's cases.  Ms. Anderson states she does not know why a response was not
4  made with respect to the Court's order to show cause; however, she states Ms. Hammond served
5  responses to all of Plaintiff's outstanding discovery requests on April 24, 2015.  Ms. Anderson
6  requests that the Court not sanction Counsel, the Office of the Attorney General, or Defendants.

7  In light of Ms. Hammond's extended medical leave and the fact that all of Plaintiff's
8  discovery requests have been responded to, the Court hereby DISCHARGES the order to show
9  cause.

10  Nevertheless, the Court notes that it has already found it necessary in this case to issue
11  two orders to show cause as a result of Defendants' failures to comply with Court deadlines.  The
12  Court cautions Counsel for Defendants that any failure to comply with deadlines in the future
13  will not be tolerated.

IT IS SO ORDERED.

16  Dated:   **July 17, 2015**                                    /s/ *Dennis L. Beck*
                                                                 UNITED STATES MAGISTRATE JUDGE