IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MARCUS R. WILLIAMS,** <br><br>　　　　　　　　　　　Plaintiff, <br><br>　　v. <br><br>**K. HARRINGTON, et al.,** <br><br>　　　　　　　　　　　Defendants. | 1:12-cv-00226-LJO-DLB <br><br> **ORDER** |

　　GOOD CAUSE HAVING BEEN SHOWN, Defendants' request to modify the scheduling order is granted. Defendants may file a supplement or amendment to their motion for summary judgment on or before January 3, 2016.

IT IS SO ORDERED.

　　Dated: __December 7, 2015__　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE