IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MARCUS R. WILLIAMS,**<br><br>                                       Plaintiff,<br><br>         v.<br><br>**K. HARRINGTON, et al.,**<br><br>                                       Defendants. | 1:12-cv-00226-LJO-DLB<br><br>**ORDER** |

**GOOD CAUSE HAVING BEEN SHOWN**, Defendants' second request to modify the scheduling order is granted. Defendants may file a supplement or amendment to their motion for summary judgment on or before January 17, 2016.

**SO ORDERED.**

IT IS SO ORDERED.

   Dated:   **January 5, 2016**                    /s/ *Dennis L. Beck*
                                                                   UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (1:12-cv-00226-LJO-DLB)