# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | Case No.  1:12-cv-00226 LJO DLB PC |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION FOR STATUS CONFERENCE REQUESTING CLARIFICATION OF MODIFIED SCHEDULING ORDER |
| v. | |
| | [ECF No. 82] |
| KELLY HARRINGTON, et al., | |
| Defendants. | |

Plaintiff Marcus R. Williams is a prisoner proceeding pro se and in forma pauperis in this civil rights action.

On January 21, 2016, Plaintiff filed a motion for status conference requesting clarification of the modified scheduling order.  Plaintiff seeks clarification of the scheduling order in light of alleged outstanding discovery requests.  As stated in the Court's orders issued on October 5, 2015, and January 21, 2016, discovery is closed.  The Court resolved the last remaining discovery issues on July 17, 2015, and lifted the stay on October 5, 2015.  Plaintiff's requests for additional time to conduct discovery on November 9, 2015, and December 28, 2015, were denied as untimely.  At this time, Defendants' supplemental motion for summary judgment is due on February 16, 2016.  Pursuant to the Court's order of October 5, 2015, Plaintiff may file an opposition within thirty days after the date of service of Defendants' supplemental motion for

summary judgment, and Defendants may file a reply to Plaintiff's opposition within fourteen days from the date of service of Plaintiff's opposition.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for status conference for clarification of the modified scheduling order is DENIED.

IT IS SO ORDERED.

Dated:   **January 26, 2016**              /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE