# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KELLY HARRINGTON, et al.,<br><br>　　　　Defendants. | 1:12-cv-00226-LJO-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A COPY OF LOCAL RULE 270 AND LOCAL RULE 281<br><br>(ECF NO. 119)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF: (1) A COPY OF LOCAL RULE 270; (2) A COPY OF LOCAL RULE 281; AND (3) A MAGISTRATE JUDGE CONSENT/DECLINE FORM |

　　　　Marcus R. Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 22, 2016, Plaintiff filed a request for a copy of Local Rule 270(d) and Local Rule 281.  Plaintiff also stated that he is willing to consent to a trial before a magistrate judge.

　　　　Accordingly, it is ORDERED that the Clerk of Court is directed to send Plaintiff:

　　　　1.　A copy of Local Rule 270;

　　　　2.　A copy of Local Rule 281; and

　　　　3.　A Magistrate Judge Consent/Decline Form.

IT IS SO ORDERED.

　　Dated:　__December 27, 2016__　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1