UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>KELLY HARRINGTON, et al.,<br><br>            Defendants. | Case No. 1:12-cv-00226-LJO-EPG (PC)<br><br>ORDER DISMISSING DEFENDANT D. JAYVINDER FROM THIS ACTION WITHOUT PREJUDICE<br>(ECF NOS. 126 & 135) |

## I.     RELEVANT PROCEDURAL HISTORY

Marcus Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On February 17, 2012, Plaintiff commenced this action by filing a complaint. (ECF No. 1). The Court found cognizable claims against seven defendants (ECF Nos. 10, 16, 20, & 22), and, after the appropriate service documents were completed and returned (ECF No. 23), ordered the United States Marshal Service ("the Marshal") to serve the defendants (ECF No. 24).

Because there was no information before the Court as to whether defendant D. Jayvinder had ever been served, on October 21, 2016, the Court gave Plaintiff the option to have the Marshal re-serve defendant D. Jayvinder. (ECF No. 110). On November 9, 2016, Plaintiff informed the Court that he wanted to have the Marshal re-serve defendant D. Jayvinder. (ECF No. 112). Once Plaintiff submitted the appropriate service documents, the presiding magistrate judge issued an order directing the Marshal to serve process upon defendant D. Jayvinder. (ECF No. 118). On January 9, 2017, the Marshal filed a return of service unexecuted, indicating that the California Department of Corrections and Rehabilitation ("CDCR") had nobody by the name of D. Jayvinder in their records. (ECF No. 123). Accordingly, the presiding magistrate judge issued an order to show cause, directing Plaintiff to

show cause why the presiding magistrate judge should not issue findings and recommendations, recommending that defendant D. Jayvinder be dismissed from this action without prejudice. (ECF No. 126).

On February 13, 2017, Plaintiff filed a motion to dismiss defendant D. Jayvinder without prejudice for failure to locate. (ECF No. 135). According to Plaintiff, he is currently unable to locate defendant D. Jayvinder. Plaintiff asks that defendant D. Jayvinder be dismissed from the action without prejudice "until said time that defendant Doe can be properly identified and located."

The Court will dismiss defendant D. Jayvinder from this action without prejudice. The Court notes that if Plaintiff does locate defendant D. Jayvinder he will need to file a motion for leave to have defendant D. Jayvinder served. If this case is resolved against the remaining defendants before defendant D. Jayvinder is located, the case will be closed.

Accordingly, based on the foregoing, IT IS ORDERED that defendant D. Jayvinder is DISMISSED from this action, without prejudice.

IT IS SO ORDERED.

Dated:  **February 15, 2017**             **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES CHIEF DISTRICT JUDGE