**FILED**

FEB 17 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>KELLY HARRINGTON, et al.,<br><br>Defendants.<br>_____/ | Case No. 1:12-cv-00226-LJO-EPG (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF MARCUS R. WILLIAMS, CDCR # H-44957, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 124) |

A settlement conference in this case was conducted on February 17, 2017 and concluded the same date.

Accordingly, **Marcus R. Williams, CDCR #H-44957**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

IT IS SO ORDERED

Dated: 2/17/17

_____
UNITED STATES MAGISTRATE JUDGE