UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. RIOS and S. STEWART,<br><br>　　　　　Defendants. | 1:12-cv-00226-LJO-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR ORDER VACATING THE DEADLINE TO SERVE EXPERT DISCLOSURES AND REPORTS<br><br>(ECF NO. 147) |

　　　　On March 14, 2017, Defendants filed a request for an order vacating the deadline to serve expert disclosures and reports ("the Request"). (ECF No. 147). Defendants request that the expert disclosure and report deadline be vacated, and that this deadline be discussed at the upcoming telephonic scheduling conference on April 11, 2017. (Id.).

　　　　Given the upcoming settlement conference (ECF No. 137), as well as the fact that the Court vacated the Telephonic Trial Confirmation Hearing and related deadlines (ECF No. 145), the Court will grant the Request.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the Request is GRANTED and that the deadline to serve expert disclosures and reports is VACATED. The parties shall be prepared to discuss their expert witnesses, if any, at the upcoming telephonic scheduling conference on April 11, 2017. The Court will set a new expert disclosure and report deadline at that time.

IT IS SO ORDERED.

Dated: **March 15, 2017**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE