UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>              Plaintiff,<br><br>     v.<br><br>KELLY HARRINGTON, et al.,<br><br>              Defendants. | CASE No. 1:12-cv-00226-LJO-EPG (PC)<br><br>**ORDER CANCELLING CONTINUED SETTLEMENT CONFERENCE** |

   The undersigned convened a Settlement Conference in this case on February 17, 2017. Neither satisfied with the settlement posture of one of the parties nor confident the discussions would be productive, the Court ordered the parties to continue negotiating on their own.  It continued the Settlement Conference to 1:30 PM, March 24, 2017, and it ordered Defendant to report to the undersigned by March 10, 2017, on the progress of the continued negotiations.

   The Court has received and reviewed Defendant's March 10, report, which details the parties' back and forth negotiations and identifies a single remaining stumbling block. Based thereon, it appears both parties have lost sight of the ultimate benefit of

1

compromising – avoidance of the time, trouble, trauma, expense, and uncertainty of continued litigation and trial. Worse, both parties seem to have drawn very arbitrary and largely symbolic lines in the sand. The court will not spend more of its time trying to reconcile such petty differences. The continued settlement conference is cancelled. The parties may proceed with their litigation subject to applicable Orders of the presiding District Judge and Magistrate Judge.

IT IS SO ORDERED.

Dated:   March 16, 2017                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE