UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>      Plaintiff,<br><br>  v.<br><br>KELLY HARRINGTON, et al.,<br><br>      Defendants. | 1:12-cv-00226-LJO-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT MARCUS R. WILLIAMS, CDC # H-44957, PLAINTIFF |

      Marcus Williams ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On February 22, 2017, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to Transport Marcus R. Williams, CDC # H-44957, Plaintiff (ECF No. 139), so that Plaintiff could attend the upcoming settlement conference in person.  On March 16, 2017, Magistrate Judge Michael J. Seng cancelled the settlement conference.  (ECF No. 149).

      Because the settlement conference has been canceled, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to Transport Marcus R. Williams, CDC # H-44957, Plaintiff (ECF No. 139) is VACATED.

IT IS SO ORDERED.

    Dated:   **March 17, 2017**              /s/ Erica P. Grosjean
                                                                                    UNITED STATES MAGISTRATE JUDGE